Astca Investment Co., a Corporation, et al., Appellants, v. The County of Lake, et al., Appellees.

An Appeal from the Circuit Court for Lake County.

Appeal dismissed on motion of counsel for Appellants.

*Alex. St. Clair-Abrams,* for Appellants;

*T. G. Futch* and *Duncan & Hamlin,* for Appellees.

---

Ralph D. Kuehn, Administrator, Plaintiff in Error, v. H. E. Wickersham, Defendant in Error.

A Writ of Error to the Circuit Court for Okaloosa County.

Writ of Error dismissed on motion of counsel for Defendant in Error.

*D. Stuart Gillis,* for Defendant in Error.

---

James F. Vaughn et ux, Appellants, v. Keystone Loan & Discount Co., a Corporation, Appellees.

An Appeal from the Circuit Court for Dade County.

Appeal dismissed on motion of counsel for Appellants.

*A. D. Penny* and *G. C. McClure,* for Appellants.